SCOTT SCHOOLS
United States Attorney
450 Golden Gate Ave (11ᵗʰ Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

E-FILING

**FILED**

NOV 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,          )     CRIMINAL NO. 07- 70698 HRL
                                   )
        Plaintiff,                 )
                                   )     NOTICE OF PROCEEDINGS ON
    v.                             )     OUT-OF-DISTRICT CRIMINAL
                                   )     CHARGES PURSUANT TO RULES
Gary Douglas Garratt               )     5(c)(2) AND (3) OF THE FEDERAL RULES
                                   )     OF CRIMINAL PROCEDURE
        Defendant.                 )
_____)

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

Procedure that on __11/26/07__, the above-named defendant was arrested based upon an

arrest warrant (copy attached) issued upon an

☐ Indictment    ☐ Information    ☑ Criminal Complaint    ☐ Other_____

pending in the __Central__ District of __California__, Case Number __07- 2005 MJ__

In that case, the defendant is charged with a violation(s) of Title(s) __49__ United States Code,

Section(s) __46505 and 46314__

Description of Charges: __Carrying a weapon on an aircraft__

Respectfully Submitted,
SCOTT SCHOOLS
UNITED STATES ATTORNEY

Date: __11/26/07__

_____
Assistant U.S. Attorney

DOCUMENT NO.    CSA's
                INITIALS

                  C

DISTRICT COURT
CRIMINAL CASE PROCESSING

1

# United States District Court

CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA

v.

GARY DOUGLAS GARRATT

**WARRANT FOR ARREST**

ON COMPLAINT

CASE NUMBER: 07-2005 MJ

To:  The United States Marshal or any
     Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest ___Gary Douglas Garratt___
                                                            Name

and bring him or her forthwith to the nearest Judge/Magistrate to answer a

Complaint Charging Him or Her With: Carrying a Weapon on an Aircraft; Enter
Aircraft or Airport Area in Violation of Security Requirements,

in violation of Title __49__, United States Code, Sections __46505, and 46314__

               with Bail fixed at $ To Be Determined by
               REC: BY AUSA                Duty Magistrate Judge

Date: November 16, 2007

                                          Paul L. Abrams
                                          HONORABLE PRUDENCE B. WEBB
                                          Name of Judge/Magistrate Judge

                                          PAUL L. ABRAMS
                                          _____
                                          Signature of Judge/Magistrate Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named ||| 
| defendant at _____ |||
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST |  |  |

AO 91
Rev. 11/97

## CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GARY DOUGLAS GARRATT | DOCKET NO. | |
| | MAGISTRATE'S CASE NO.<br>07-2005 MJ | |

Complaint for violations of Title 49 United States Code, Sections 46505, 46314

| NAME OF MAGISTRATE JUDGE<br>HONORABLE FREDERICK F. MUMM | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>March 16, 2007 | PLACE OF OFFENSE<br>Los Angeles | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

COUNT ONE
[49 U.S.C. § 46505]

On or about March 16, 2007, in Los Angeles County, within the Central District of California, defendant GARY DOUGLAS GARRATT, when attempting to get on an aircraft in and intended for operation in air transportation, had on his person and his property a concealed dangerous weapon, to wit, a 9MM Glock handgun, that would be accessible in flight.

COUNT TWO
[49 U.S.C. § 46314]
Misdemeanor

On or about March 16, 2007, in Los Angeles County, within the Central District of California, defendant GARY DOUGLAS GARRATT, knowingly and willfully entered an airport area that serves an air carrier, in violation of security requirements prescribed under sections 44901 which relates to the screening of passengers and property, and 44903(b) and (c) which relate to air transportation security.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
    (See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>/S/ |
|---|---|
| | OFFICIAL TITLE SA RICHARD ALEXANDER -<br>FEDERAL BUREAU OF INVESTIGATION |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>PAUL L. ABRAMS | DATE<br>November 16, 2007 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

RYL:eg          REC: