AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA  V.  Gary Douglas Garratt | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 07-2005MJ | 07-mj-70698HRL |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  X Complaint  ☐ Other (specify)

charging a violation of    49    U.S.C. § 46505 and 46314

**DISTRICT OF OFFENSE**
Central California

**DESCRIPTION OF CHARGES:**

Carrying a weapon on an aircraft

FILED
NOV 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)  Released on OR bond
Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel   x Federal Defender Organization   ☐ CJA Attorney   ☐ None |
| Interpreter Required? | X No   ☐ Yes   Language: |

11/26/07
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |